856 F.2d 183
 Martin (Leon M.)
v.
Brown (Harold Ed), Kyle Energy, Inc., Lehman (Emmett), Brown
(Roberta Ann), t/d/b/a Kyle Energy, Inc., Kyle Energy, Kyle
Energy Inc., N.V., Apex Corp., Seele (C. Doyle), Adobe
Resources, f/k/a Adobe Oil and Gas. Corp., Devos (Lloyd),
d/b/a DeVos and Company, Thorstenn (Susan E.), Able Company,
Ltd., Brown (Tracy Lynn, Terri Beth, Lori, Linda, Julie,
Harold Ed., Roberta Ann)
 NO. 87-3858
 United States Court of Appeals,
Third Circuit.
 JUL 15, 1988
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.